UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:    CHARLES L LAMBUS                                                CASE NO: 14-91764
             NICOLE G LAMBUS

DEBTOR(s)

**TRUSTEE'S FIRST OMNIBUS OBJECTION TO CLAIMS**
**AND NOTICE OF RESPONSE DEADLINE**

      Comes now Joseph M. Black, Jr., ("Trustee") and files this First Omnibus Objection to Claims ("Objection"), pursuant to Fed.R.Bankr.P. 3007(d).  **Claimants receiving the Objection should locate their names and claims in the list below.**

      **PLEASE TAKE NOTICE THAT** any response must be filed with the Bankruptcy Clerk within **30 days** of the date of this notice [or for such other time period as may be permitted by Fed.R.Bankr.P. 9006(f)].  Those not required or not permitted to file electronically must deliver any response by U.S. mail, courier, overnight/express mail, or in person at:

      **New Albany**, 110 U.S. Courthouse, 121 W Spring St, New Albany, IN   47150

      The responding party must ensure delivery of the response to the party filing the objection.  **If a response is NOT timely filed, the requested relief may be granted.**  If a response is filed, a hearing will be set at a later date, and all parties will receive a notice of that hearing.

      If you agree with the Objection and the Trustee's proposed treatment of your claim, you do not need to respond.

Court's Claim **#011**:    **Indiana Department of Revenue (unsecured)**
Grounds for Objection:  claim filed with an estimated amount owed
Proposed Treatment:    will *HOLD* funds, allowing creditor time to file an amended claim for the actual amount owed

Court's Claim **#013**:    **Wells Fargo Bank N.A (secured)**
Grounds for Objection:  claim filed in the wrong case
Proposed Treatment:    *DISALLOW*  Court's Claim #013

      WHEREFORE, the Trustee, Joseph M. Black, Jr., moves the Court for an order as set forth above.

DATED:   January 29, 2015

                                                            Respectfully submitted,

                                                            /s/ Joseph M. Black, Jr.,
                                                          Joseph M. Black, Jr., Trustee
                                                           PO Box 846
                                                          Seymour, IN   47274
                                                          Phone: (812)524-7211
                                                          Fax:    (812) 523-8838
                                                          Email:   jblacktrustee@trustee13.com

*\*\*\* The foregoing document was prepared by the Office of the Standing Trustee, Joseph M. Black, Jr. \*\*\**

CERTIFICATE OF SERVICE

       I hereby certify that on January 29, 2015, a copy of TRUSTEE'S FIRST OMNIBUS OBJECTION TO CLAIMS was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

J Charles Guilfoyle    jcharlesguilfoyle@gmail.com
U.S. Trustee  ustpregion10.in.ecf@usdoj.gov

       I further certify that on January 29, 2015, a copy of the TRUSTEE'S FIRST OMNIBUS OBJECTION TO CLAIMS was mailed by first-class, U.S. Mail, postage prepaid, and properly addressed to the following:

CHARLES L LAMBUS, 920 SENATE AVE, JEFFERSONVILLE, IN  47130
NICOLE G LAMBUS, 920 SENATE AVE, JEFFERSONVILLE, IN  47130
INDIANA DEPARTMENT OF REVENUE, ATTN:  BANKRUPTCY SEC N-240, 100 NORTH SENATE AVE, INDIANAPOLIS, IN  46204
WELLS FARGO BANK, NA, 1 HOME CAMPUS, ATTN:  PAYMENT PROCESSING, MAC X2302-04C, DES MOINES, IA  50328

                                               /s/ Joseph M. Black, Jr.
                                             Joseph M. Black, Jr., Trustee

*** *The foregoing document was prepared by the Office of the Standing Trustee, Joseph M. Black, Jr.* ***