B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

Southern District Of Indiana

In re Charles L. Lambus and Nicole G. Lambus, Case No. 14-91764-BHL-13

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF CABANA SERIES III TRUST | U.S. Bank National Association, not in its individual capacity but solely as trustee of NRZ Pass-Through Trust IX |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

c/o BSI Financial Services
1425 Greenway Drive, Ste 400
Irving, TX  75038

Phone: 972-347-4350
Last Four Digits of Acct #: 4792

Court Claim # (if known): 12
Amount of Claim: $94,850.83
Date Claim Filed: 12/11/2014

Phone: 800-315-4757
Last Four Digits of Acct. #: 4792

Name and Address where transferee payments should be sent (if different from above):

c/o BSI Financial Services
314 S. Franklin Street, 2nd Floor
Titusville, PA 16354
Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Michelle R. Ghidotti-Gonsalves     Date: 1/21//2019
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.