UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:  CHARLES L LAMBUS
        NICOLE G LAMBUS
Debtor(s)                                          CASE NO: 14-91764-AKM-13

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Joseph M. Black, Jr., gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the Debtor(s) have completed all payments under the Plan.

**Part 1:  Mortgage Information**

**Name of Creditor**: US BANK TRUST NA
**Court Claim#:**  012
**Last four digits** of any number used to identify the Debtor account: 4792
**Property Address:**  920 SENATE AVE, JEFFERSONVILLE, IN

**Part 2:  Cure Amount**

Total cure disbursements made by the Trustee:
| | | |
|---|---|---|
| a. | Allowed Pre-petition Arrearage: | $15506.18 |
| b. | Prepetition arrearage paid by the Trustee: | $15506.18 |
| c. | Amount of Post-petition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $95.00 |
| d. | Amount of post-petition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) still to be paid by the Trustee | $95.00 |
| e. | Allowed Post-petition arrearage: | $1,767.22 |
| f. | Post-petition arrearage paid by the Trustee | $1,767.22 |
| g. | Total. Add lines b, d, and f. | $17,368.40 |

**Part 3:  Post-petition Mortgage Payment**

Mortgage is paid through the Trustee.                     X
Current monthly mortgage payment.                                              $776.25

The next post-petition payment is due on:                                      SEPTEMBER 2019

Mortgage is paid directly by the Debtor(s).

**Part 4:  A Response Is Required By Bankruptcy rule 3002.1(g)**

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the Trustee within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding post-petition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all post-petition payments as of the date of the response.  Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

Dated: September 27, 2019

                                              Respectfully Submitted

                                              /s/ Joseph M. Black, Jr.
                                              Joseph M. Black, Jr., Trustee
                                              PO Box 846
                                              Seymour, IN 47274
                                              Phone: (812)524-7211
                                              Fax:     (812)523-8838
                                              Email: jblacktrustee@trustee13.com

CERTIFICATE OF SERVICE

       I hereby certify that on September 27, 2019, a copy of the foregoing pleading was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

J CHARLES GUILFOYLE   charles@guilfoylebankruptcy.com
U.S. Trustee        ustpregion10.in.ecf@usdoj.gov

       I further certify that on September 27, 2019, a copy of the foregoing pleading was mailed by first-class, U.S. Mail, postage prepaid, and properly addressed to the following:

CHARLES L LAMBUS
920 SENATE AVE
JEFFERSONVILLE, IN  47130-

NICOLE G LAMBUS
920 SENATE AVE
JEFFERSONVILLE  IN  47130-

US BANK TRUST NA
C/O BSI FINANCIAL SERVICES
314 S FRANKLIN STREET, 2ND FLOOR
TITUSVILLE  PA  16354-

CODILIS LAW
8050 CLEVELAND PLACE
MERRILLVILLE, IN 46410

                                              /s/ Joseph M. Black, Jr.
                                              Joseph M. Black, Jr., Trustee